IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK C. BROWER, | : | |
|     Plaintiff | : | Civil Action No. 3:13-CV-1913 |
| | : | |
| v. | : | |
| | : | (Judge Nealon) |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | (Magistrate Judge Blewitt) |
|     Defendant | : | |

FILED SCRANTON
MAR 2 5 2014
PER _____ DEPUTY CLERK

## ORDER

**NOW**, this 25th day of March, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 12) is **ADOPTED**.

2. Plaintiff's appeal of the Commissioner's decision denying his application for supplemental security income is **GRANTED**.

3. The case is **REMANDED** to the Commissioner of Social Security for further development of the record and consideration of the medical evidence as detailed in the Magistrate Judge's Report and Recommendation, (Doc. 12).

4. The Clerk of Court is directed to **CLOSE** this case.

_/s/ William J. Nealon_
United States District Judge